IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DEBORAH JUNELL,** )<br>) <br>   **Plaintiff,** )<br>)<br>v. )<br>)<br>**ASSET ACCEPTANCE, LLC,** )<br>)<br>   **Defendant.** ) | Case No. 2:13-cv-00096-MHH |

## ORDER

Pursuant to 15 U.S.C. § 1692, the Fair Debt Collection Practices Act, plaintiff Deborah Junell filed the above-styled action against defendant Asset Acceptance, LLC. (Doc. 1). In her complaint, Ms. Junell states that on August 17, 2012, Asset Acceptance sued her in the District Court of Shelby County for an outstanding debt. (*Id.* at ¶ 41). Asset Acceptance alleged that Ms. Junell owed $2,707.11 to creditor "Chase Bank USA NA." (*Id.* at ¶¶ 44-45). Ms. Junell contends that Asset Acceptance did not have any intention of proving its case when it filed the lawsuit. (*Id.* at ¶¶ 50-64). In her answer to the collection action, Ms. Junell denied that she owed the debt. (*Id.* at ¶ 65). After a trial, the district court entered judgment in favor of Ms. Junell. (*Id.* at ¶ 81).

In this action, Ms. Junell seeks injunctive relief, damages, costs, and fees under the FDCPA and under several state law theories.

The Court has subject matter jurisdiction.  Asset Acceptance has not made an appearance in the case.

Before the Court is Ms. Junell's motion to dismiss.  (Doc. 7).  Ms. Junell states that "the parties have resolved their differences and desires for the claims against Asset Acceptance be dismissed with prejudice."  (*Id*. at ¶ 1).  The Court regards the motion as a notice of dismissal.  Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this action is DISMISSED WITH PREJUDICE.  Ms. Junell is to bear her own costs.  The Clerk is DIRECTED to close the file.

Done, this the 3rd day of April, 2013.

_____
MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE